IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANNETTE WALKER-GOGGINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 4:15-CV-29 (MTT) |
| GEORGIA POWER, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles to dismiss the Plaintiff's complaint for lack of subject matter jurisdiction. (Doc. 4). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED,** this 6th day of April, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT